# Weinberg, Gross & Pergament LLP
**ATTORNEYS AT LAW**

Suite 309
400 Garden City Plaza
Garden City, New York 11530

———

Tel (516) 877-2424
Fax (516) 877-2460

Marc J. Weingard  *Email:* mweingard@wgplaw.com
*Partner*

September 19, 2024

Via ECF

Honorable David S. Jones
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re: In re Himanshu Patel and Manishal Patel,
Case No.: 20-11374-dsj;
Eighth Avenue Sky LLC v. Himanshu
and Manisha Patel,
Adv. Pro. No. 21-01072

Dear Judge Jones:

By Order entered on May 15, 2023, Your Honor granted the Debtor's motion to approve their settlement with my client, Eighth Avenue Sky LLC ("EAS"), of the above-referenced adversary proceeding. (*See* Adv. Pro. Dkt. No. 38.) Under the settlement, the Debtor was required to take certain actions within specified periods of time "from the close of the Bankruptcy Case." Debtor's counsel has just informed me that despite the settlement of the adversary proceeding, which resolved all open issues in the bankruptcy case, the bankruptcy case remains open, which is undermining EAS' rights under the settlement agreement.

On behalf of EAS, I am requesting that the Court direct the Clerk of the Court to close this bankruptcy case, *nunc pro tunc* to May 15, 2023.

Respectfully yours,

*/s/ Marc J. Weingard*
Marc J. Weingard

MJW:js
cc: Thomas S. Frank, Esq. (by email)
    Attorney for Debtor